922

No. 74–878. National League of Cities et al. v. Brennan, Secretary of Labor; and

No. 74–879. California v. Brennan, Secretary of Labor. Appeals from D. C. D. C. [Probable jurisdiction noted, *ante,* p. 906.] Motion of AFL–CIO et al. for leave to intervene denied. Mr. Justice Marshall took no part in the consideration or decision of this motion.*

No. 74–657. In re Smith, Trustee of the New York, New Haven & Hartford Railroad Co. Motion for leave to file petition for writ of certiorari and/or mandamus and/or prohibition denied.

No. 74–5840. Lemon v. Wainwright, Corrections Director; and

No. 74–5897. Patton v. Crisp, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–5655. McDonald v. United States Court of Appeals for the Sixth Circuit. Motion for leave to file petition for writ of mandamus denied.

No. 74–5738. Mason v. Matthes, Chief Judge, U. S. Court of Appeals; and

No. 74–5787. Saucke v. United States et al. Motions for leave to file petitions for writs of mandamus denied.

No. 74–730. Roemer et al. v. Board of Public Works of Maryland et al. Appeal from D. C. Md. Probable jurisdiction noted.

---

*See also note, *supra,* p. 914.